# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0740

_____

WILLIE J. HUNTER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus – Original Jurisdiction.

March 29, 2018

PER CURIAM.

The petition for writ of habeas corpus is dismissed as unauthorized. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

WOLF, LEWIS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Willie J. Hunter, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.